```
                                    FILED
                                  AUG 0 6 2019
                           CLERK U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR3006 BAS |
| v. | **NOTICE OF RELATED CASE** |
| SCHLOMO SCHMUEL, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to *United States v. Garcia*, Case No. 15CR02820-BAS, and United States v. Dadiomov, Case No. 18CR3015-BAS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_\_ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

\_\_X\_\_ (2) Prosecution against different defendants arises from:

    \_\_\_\_\_ (a) A common wiretap

    \_\_\_\_\_ (b) A common search warrant

    \_\_x\_\_ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: _____.

*/s/ Robert S. Brewer*
ROBERT S. BREWER, JR.
United States Attorney