# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-cr-03006-BAS-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO SEAL** |
| SCHLOMO SCHMUEL, | |
| Defendant. | |

Presently before the Court is Defendant Schlomo Schmuel's motion to seal his objections to the Presentence Investigation Report. Dr. Schmuel's objections are fourteen pages long and address issues that are germane to the Court's determination of an appropriate sentence.

The public has a First Amendment right of access to criminal proceedings and documents in those proceedings. *United States v. Bus. of Custer Battlefield Museum & Store Located at Interstate 90, Exit 514, S. of Billings, Mont.*, 658 F.3d 1188, 1192 (9th Cir. 2011). Where this right applies, "criminal proceedings and documents may be closed to the public without violating the [F]irst [A]mendment only if three substantive requirements are satisfied: (1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and

1  (3) there are no alternatives to closure that would adequately protect the compelling
2  interest." *United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).
3      Having reviewed Dr. Schmuel's request, he does not satisfy this standard.
4  Therefore, the Court **DENIES** the motion to seal.
5      **IT IS SO ORDERED.**

7  **DATED: April 5, 2021**

Hon. Cynthia Bashant
United States District Judge